JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 82–835. THOMPSON ET AL. *v.* PEOPLES LIBERTY BANK, 459 U. S. 1191;

No. 82–949. FRICKE *v.* UNITED STATES, *ante*, p. 1011;

No. 82–1011. FLEMING *v.* VIRGINIA, 459 U. S. 1206;

No. 82–1075. CPG PRODUCTS CORP. ET AL. *v.* ANTI-MONOPOLY, INC., 459 U. S. 1227;

No. 82–1104. GENERAL ATOMIC CO. *v.* UNITED NUCLEAR CORP., *ante*, p. 1017;

No. 82–1108. SIEGEL *v.* NEW YORK ET AL., 459 U. S. 1209;

No. 82–1296. STROOM *v.* CARTER, *ante*, p. 1007;

No. 82–5417. ANGLE, AKA MCCLURE *v.* BOWEN ET AL., 459 U. S. 1210;

No. 82–5433. CAVANAUGH, DBA TOT COLLEGE *v.* COLORADO DEPARTMENT OF SOCIAL SERVICES, 459 U. S. 1011;

No. 82–5867. PIATKOWSKA *v.* EMPLOYERS INSURANCE OF WAUSAU, 459 U. S. 1213;

No. 82–5883. FENG-MING TUNG *v.* BREWSTER, 459 U. S. 1214;

No. 82–5884. SMITH *v.* GENERAL MOTORS ACCEPTANCE CORP., 459 U. S. 1214;

No. 82–5897. REESE *v.* SISTER SUZANNE MARIE ET AL., 459 U. S. 1215; and

No. 82–5918. ATHERTON *v.* FALCONE, GARY & ROSENFELD, LTD., ET AL., 459 U. S. 1215. Petitions for rehearing denied.